DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 APRIL 2015

| 094P15 | State v. Steve D. Morrison | Def's *Pro Se* PWC to Review Order of COA (COAP15-17) | Dismissed |
|---|---|---|---|
| 095P15 | State v. Lance Antwan Moses | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed |
| 097P15 | State v. Chowan Anthony Williams | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 098P15 | In re James A. Austin | Def's *Pro Se* Application for Writ of Mandamus Under N.C.G.S. § 7A-32(b) | Dismissed |
| 099P15 | State v. Jonathan Lavon Friend | Def's *Pro Se* Motion for Petition for Review (COAP15-29) | Dismissed |
| 104P15 | State v. Jermaine Antoine Cade | Def's *Pro Se* NOA Based Upon a Constitutional Question (COA14-785) | Dismissed *ex mero motu* |
| 105P15 | Sandra S. Blair v. James H. Blair | Def's PDR Under N.C.G.S. § 7A-31 (COA14-887) | Denied |
| 113A15 | Patrick L. McCrory, et al. v. Philip E. Berger, et al. | 1. Governors' Motion for Expedited Hearing<br><br>2. Motion to Appear on Behalf of Governor Patrick L. McCrory as Legal Counsel | 1. Special Order **03/26/2015**<br><br>2. Allowed **04/01/2015** |
| 119P15 | In the Matter of N.T. | 1. Petitioner's Motion for Temporary Stay (COA14-974)<br><br>2. Petitioner's Petition for *Writ of Supersedeas* | 1. Allowed **04/01/2015**<br><br>2. |
| 124P15 | State v. Michael Scott Hamilton | 1. State's Motion for Temporary Stay<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **04/06/2015**<br><br>2.<br><br>3. |
| 198P14 | Suzie Jane Burakowski v. Steven Allen Burakowski | Plaintiff-Appellant's PDR Under N.C.G.S. § 7A-31 (COA13-986) | Denied |
| 269P14 | Elizabeth Hinshaw v. John Kuntz | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1184) | Allowed |
| 280A14-2 | In the Matter of J.C. and J.C. | 1. Respondent-Mother's PDR Under N.C.G.S. § 7A-31 (COA14-79)<br><br>2. Guardian *Ad Litem's* Motion to Withdraw and Substitute Attorney | 1. Denied<br><br>2. Dismissed as moot |